O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-08056 AHM (FFMx) | Date | April 28, 2009 |
|---|---|---|---|
| Title | OHIO NATIONAL LIFE ASSURANCE CORPORATION v. ESTATE OF LAP HUYNH *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

The Court GRANTS Plaintiff Ohio National Life Assurance Corporation's Motion for Summary Judgment Or, In the Alternative, for Partial Summary Judgment.  Plaintiff seeks rescission of a life insurance policy (the "Policy") that it issued based on the insured's material misrepresentations in his insurance application.  Defendants are the Estate of the insured and the designated beneficiary, Denike Thi Huynh, the insured's aunt.  They did not file an opposition.  "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  Local Rule 7-12.

The motion is meritorious on its face.  The Court hereby incorporates by reference all of the Uncontroverted Facts (Nos. 1-42) set forth in Plaintiff's Statement of Uncontroverted Facts and Conclusions of Law.  Plaintiff has established that the insured misrepresented his occupation, concealed the fact that he had other life insurance policies, and misrepresented that he had no intention of traveling or residing outside of the United States or Canada.  Based on Defendant's Uncontroverted Facts, the Court reaches the following conclusions of law:

1. Plaintiff's First Claim for Relief for rescission is meritorious because Plaintiff was entitled and permitted to rescind the Policy, pursuant to Cal. Ins. Code §§ 330 *et seq.*, and therefore was not required to pay death or accidental death benefits to Denike Thi Huynh.

2. Plaintiff's Second Claim for Relief for Declaratory Relief is meritorious

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-08056 AHM (FFMx) | Date | April 28, 2009 |
|---|---|---|---|
| Title | OHIO NATIONAL LIFE ASSURANCE CORPORATION v. ESTATE OF LAP HUYNH *et al.* | | |

because Plaintiff had no obligation to provide death or accidental death benefits to Denike Thi Huynh under the Policy.

For these reasons, the Court GRANTS Plaintiff's motion for summary judgment. Plaintiff shall file a Proposed Judgment by not later than May 5, 2009.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

:

Initials of Preparer    SMO