William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Frederic Esrailian (Bar No. 232799)
FEsrailian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Plaintiff
OHIO NATIONAL LIFE ASSURANCE
CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF LAP VAN HUYNH and DENIKE THI HUYNH,<br><br>Defendant. | Case No. CV07-08056 AMH (FFMx)<br><br>ORDER RE STIPULATION FOR JUDGMENT OF RESCISSION OF INSURANCE CONTRACT AND DISMISSAL OF DEFENDANTS HUYNH THI DENIKE AND ESTATE OF LAP VAN HUYNH AND ACTION |

Based upon the Stipulation of the parties for entry of judgment herein, and good cause appearing therefore:

The following is hereby Ordered:

1) Judgment be entered in favor of Ohio National Life Assurance Corporation ("ONL") and against defendant Huynh Thi Denike ("Denike"), erroneously sued as Denike Thi Huynh, for rescission of the Flexible Premium Adjustable Life Insurance Policy, Policy No. C6750287 ("Policy");

2) The subject Policy is cancelled and declared null and void and of no force and effect whatsoever;

3) All actions taken by ONL with reference to Denike and the Estate of Lap Van Huynh (the "Estate") were reasonable and done in good faith;

4) ONL is fully and forever discharged from any and all liability to Denike, the Estate or any other party under or arising out of the subject Policy, and that any relations, contractual or otherwise, with regard to the Policy, be declared null and void;

5) Pursuant to California Civil Code Section 1691(b), ONL will restore and refund all premiums paid for the Policy, in the amount of $5,460.00, plus interest, to the Estate within 60 days following the Court's execution of the attached Order; and,

6) Following entry of the Judgment, all remaining claims for relief contained in the complaint, be dismissed with prejudice, and that each party shall bear their own costs, disbursements, and attorneys' fees.

Dated: May 4, 2009

JS-6

_____
Hon. A. Howard Matz
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

101592.1

2

[PROPOSED] ORDER RE STIPULATION
FOR JUDGMENT OF RESCISSION